IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSICA BLINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:24-cv-02942-SCJ |
| ROHRIG INVESTMENTS | ) | |
| 3261-3275 ROSWELL ROAD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties request that this case be administratively closed, and that the Court permit the parties sixty (60) days to complete the settlement, at which time they shall file to dismiss this case with prejudice.

Dated: November 15, 2024.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
Ehrlich Law Office, LLC
493 Flat Shoals Avenue, S.E.
Atlanta, Georgia 30316
Tel: (404) 365-4460
craig@ehrlichlawoffice.com

1

/s/Abigail Van Horn
Abigail Van Horn
Georgia Bar No. 253790
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
Fax: (404) 467-8845
abigail.vanhorn@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I certify that on November 15, 2024, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served upon the following counsel of record via electronic mail:

Abigail Van Horn, Esq.
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
abigail.vanhorn@lewisbrisbois.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich